

# MANDATE

# The Fourteenth Court of Appeals

NO. 14-17-00969-CR

Charles Joseph Dukes, Appellant

v.

The State of Texas, Appellee

Appealed from the 10th District Court of Galveston County. (Trial Court No. 16CR3036). Memorandum Opinion delivered Per Curiam.

**TO THE 10TH DISTRICT COURT OF GALVESTON COUNTY, GREETINGS:**

Before our Court of Appeals on May 8, 2018, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

Today the Court heard appellant's motion to dismiss the appeal. The Court orders the appeal **DISMISSED** in accordance with its opinion.

We further order the mandate be issued immediately. We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, Texas, May 14, 2018.

**CHRISTOPHER A. PRINE, CLERK**